IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **QUENTIN JEREL PERKINS,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **5:22-cr-00045-TES-CHW-1** |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is an Unopposed Motion to Continue [Doc. 23], filed by Defendant. On August 9, 2022, the Government obtained a two-count indictment charging Defendant with Possession of an Unregistered Firearm in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871 and Possession of a Firearm Without Serial Number in violation of 26 U.S.C. §§ 5861(i) and 5871. [Doc. 1]. Defendant pled "Not Guilty" on August 24, 2022. [Doc. 9], [Doc. 15]. John Fox was appointed to represent Defendant on September 1, 2022 [Doc. 22] after the Court granted Defendant's previous counsel's motion to withdraw [Doc. 20], [Doc. 21]. Fox received discovery at the end of last week.

This continuance will allow the parties to ensure the full exchange of discovery. It will also allow counsel for Defendant additional time to fully review discovery, conduct any required investigation, develop and implement effective legal strategies, or negotiate a potential resolution of the case prior to the Court's next regularly scheduled

trial term. Accordingly, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 23], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—December 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 13th day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
